APRIL 13, 1999

No. 98–8930 (A–852). IN RE RAMSEY. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 98–8824 (A–828). CHICHESTER *v.* TAYLOR, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

APRIL 14, 1999

No. 98–1368. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. *v.* LAGRAND. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.2.

APRIL 19, 1999

No. 98–933. APOLLOMEDIA CORP. *v.* RENO, ATTORNEY GENERAL. Affirmed on appeal from D. C. N. D. Cal. JUSTICE STEVENS would postpone question of jurisdiction to hearing of case on the merits.